Sara Eckman            Case No. 25-14509-pmm            Chapter 13

    I, Sara Eckman, am requesting a Motion to Extend my time on this case for 21 days. Last week I was sick for several days with the flu, along with two of my children. I am currently working with North Penn Legal and together we are gathering all the information and paperwork needed but we both feel that more time is needed. Thank you for your consideration at this time.

*[Signature]*
11/17/25

