# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Sara Marie Eckman, | : | Chapter 13 |
| | : | |
| | : | Case No. 25-14509 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** this bankruptcy case having been filed *pro se* on November 5, 2025;

BUT the Debtor having failed to file a timely certification of credit counseling, see doc. #'s 4,11; 11 U.S.C. §109(h);

It is herby **ordered** that the bankruptcy case is **dismissed**.

It is further **ordered** that the Motion to Extend (doc. #17) is **denied as moot**.

*/s/ Patricia M. Mayer/*

**Date:** 11/19/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Sara Marie Eckman
3461 Park Pl
Bethlehem, PA 18017